IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUNE LATRYLE PATTON,<br>*Plaintiff,* | § § § § § § § § | |
| v. | | CAUSE NO. 1:21-cv-0606-LY-ML |
| MERRICK BANK CORP.,<br>*Defendant.* | | |

**FILED**
SEP 22 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**ORDER**

Before the court in the above styled action is a Suggestion of Death notice filed June 3, 2022 (Doc. #24). The notice informs the court that Plaintiff June Latryle Patton passed away on or about May 9, 2022. On June 10, 2022, the Court ordered that absent a Motion for Substitution filed on or before September 16, 2022, by any party, or by Plaintiff June Latryle Patton's successor or representative, the court may dismiss this action (Doc. #25). No Motion for Substitution was timely filed.

**IT IS ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(a)(1), Plaintiff June Latryle Patton's above styled action against Defendant Merrick Bank Corp. is **DISMISSED**.

SIGNED this 22nd day of September, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

1