IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JUNE LATRYLE PATTON, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:-21-CV-00606-LY |
| | § | |
| MERRICK BANK CORP., | § | |
| DEFENDANT. | § | |

FILED
SEP 22 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

## **FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. By separate order the court dismissed all of Plaintiff June Latryle Patton's claims alleged against Defendant Merrick Bank Corp.

As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiff June Latryle Patton bear the costs of court.

**IT IS FURTHER ORDERED** that the case is hereby **CLOSED**.

SIGNED this 22nd day of September, 2022.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE